IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARRION LEWIS,

        Plaintiff,

vs.

MEARL JUSTUS, *et al.*,

        Defendants.

Case No. 14-cv-1301-SMY-PMF

**MEMORANDUM AND ORDER**

In light of the Seventh Circuit Court's recent opinion in *Perez v. Fenoglio*, No. 12-3084, 2015 WL 4092294 (7th Cir. July 7, 2015) and pursuant to Local Rule 83.1(i), the Court **APPOINTS** attorney William J. McMahon to represent Plaintiff in this Court for all proceedings in this case.  The Clerk of Court is **DIRECTED** to mail a copy of this order and the standard letter concerning appointment of counsel to attorney William J. McMahon at Hoey & Farina, 542 South Dearborn Street, Suite 200, Chicago, Illinois 60605.

The Court reopens discovery for a period of six months and **REFERS** this case back to Magistrate Judge Philip M. Frazier to enter a new scheduling order.  Any response deadlines on pending motions are stayed until Judge Frazier enters a new scheduling order.  The final pretrial conference set for 8/5/15 and the trial set for 8/24/15 are stricken.  The final pretrial conference is re-scheduled for 5/25/16 at 2:00 p.m. and the trial is re-scheduled for 6/13/16 at 9:00 a.m. at the Benton Courthouse before Judge Staci M. Yandle.

**IT IS SO ORDERED.**

**DATED:** July 30, 2015

                                            s/ Staci M. Yandle
                                            **STACI M. YANDLE**
                                            **DISTRICT JUDGE**